IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD INC.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV371 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **RONALD LEE BROWN and HOME,** | ) | |
| **ASSIST, L.L.C., a Pennsylvania Corp.** | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on the plaintiff's Motion to Stay Proceedings (Filing No. 19). The plaintiff seeks a stay of all pre-trial activity through March 24, 2008. The court, having been fully apprised as to the circumstances of the motion, hereby finds that it should be granted.

**IT IS ORDERED:**

1. The plaintiff's motion to stay (filing No. 19) is granted and all activity in the above-captioned case is stayed **through March 24, 2008.**

2. **On or before December 3, 2007**, the parties are to provide a status report regarding settlement negotiation. The report shall be in the form of a letter to the court from the plaintiff on behalf of all of the parties.

Dated this 1st day of November, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge