IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **HOME INSTEAD, INC.** | ) | |
| | ) | **8:07CV371** |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| **RONALD LEE BROWN and** | ) | |
| **HOME ASSIST, L.L.C.,** | ) | |
| | ) | |
| Defendants. | ) | |

This matter came before the Court upon a Motion to Stay Proceedings (Filing No. 21) filed by Plaintiff Home Instead, Inc. seeking a stay of all pre-trial activity through May 23, 2008. The Court, having been fully apprised as to the circumstances of the Motion, finds the Motion should be granted.

**IT IS ORDERED** that all activity in the above-captioned case is hereby stayed through May 23, 2008.

Dated this 18th day of March, 2008.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge