**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **HOME INSTEAD, INC., a Nebraska Corp.,** | ) | |
| | ) | |
| Plaintiff, | ) | 8:07CV371 |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| **RONALD LEE BROWN and HOME ASSIST, L.L.C.,** | ) ) | |
| | ) | |
| Defendants. | ) | |

  This matter came before the court upon the plaintiff's Motion to Dismiss (Filing No. 27).  The plaintiff seeks to voluntarily dismiss this action, with prejudice, against the defendants before they have filed either an answer or a motion for summary judgment. The court finds the plaintiff's motion should be granted in accordance with Fed. R. Civ. P. 41(a)(1)(A)(i).  Accordingly,

  **IT IS ORDERED:**

  The plaintiff's Motion to Dismiss (Filing No. 27) is granted and this case is dismissed with prejudice.

  DATED this 8th day of September, 2008.

BY THE COURT:<br><br>
 s/Thomas D. Thalken<br>
United States Magistrate Judge